IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BORESS, | No C 03-2897 VRW |
| Plaintiff, | ORDER |
| v | |
| SCOTT REYNOLDS, et al, | |
| Defendants. | |

Pro se plaintiff Harry Boress moves for leave to pursue his recently noticed appeal to the Ninth Circuit in forma pauperis. Doc #38.

The history of this litigation is described in the court's order of August 5, 2004, Doc #21, and is therefore only sketched here. Dissatisfied that the California Supreme Court had denied review of the probate and appellate courts' conclusion that plaintiff was not entitled to relief for the alleged maladministration of his deceased brother's estate, plaintiff filed a new action in the Contra Costa superior court raising issues

1 identical to those litigated in the initial proceeding.  He was
2 thereafter declared a vexatious litigant by the California courts.
3      Plaintiff then attempted to invoke the jurisdiction of
4 this court to re-litigate the same issues.  After concluding that
5 the court lacked subject matter jurisdiction (based in part on
6 collateral estoppel), the court further determined that sanctions
7 were appropriate under 28 USC § 1927 due to the vexatious
8 multiplication of proceedings worked by plaintiff's obstinate
9 pursuit of claims that were long ago rejected by the California
10 courts.  Doc #21.  The Ninth Circuit affirmed dismissal, Doc #33,
11 and subsequently denied plaintiff's petition for rehearing, Doc
12 #32, stating that no further filings would be accepted.  Plaintiff
13 next filed a "motion for equitable relief" in this court which, to
14 the extent it is comprehensible, is meritless on its face and does
15 not appear to be subject matter over which the court has
16 jurisdiction.  The court's denial of this motion, Doc #35, is the
17 subject of plaintiff's latest appeal.
18      Pursuant to 28 USC § 1915(a)(3), the court CERTIFIES that
19 plaintiff's appeal is not taken in good faith.  Plaintiff's motion
20 for leave to proceed in forma pauperis is DENIED.

SO ORDERED.

VAUGHN R WALKER

United States District Judge